UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Elmer Lint Baggett,** | : |
| | : |
| Plaintiff, | : Civil Action No. 2:23-cv-04942 |
| | : |
| v. | : |
| | : |
| **TransUnion, LLC, Experian Information Solutions, Inc., and Equifax Information Services, LLC, and RentDebt Automated Collections, LLC** | : |
| | : |
| Defendants. | : |

### NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Elmer Lint Baggett respectfully notifies the Court that Plaintiff and Defendant Equifax Information Services, LLC, have agreed to a settlement in principle and will have all details of the settlement fully established within 30-60 days along with a Local Rule 41.1(b) letter to the Court confirming that the action against Defendant should be dismissed with prejudice.

Respectfully submitted,

**THE KIM LAW FIRM, LLC**

BY:   */s/ Richard H. Kim*
Richard Kim, Esquire
PA Attorney I.D. No.: 202618
1635 Market St., Suite 1600
Philadelphia, PA 19103
Ph. 855-996-6342/Fax 855-235-5855
rkim@thekimlawfirmllc.com

*Attorney for Plaintiff Elmer Lint Baggett*

Dated: February 14, 2024

## **CERTIFICATE OF SERVICE**

    I, Richard Kim, Esquire, certify that a true and correct copy of this document was caused to be filed on February 14, 2024, and the Court's CM/ECF system will send notification to all counsel of record.

 

                                                */s/ Richard Kim*
                                                Richard Kim, Esquire