# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELMER LINT BAGGETT,** *Plaintiff,* v. **TRANSUNION, LLC, et al.,** *Defendants.* | Case No. 2:23-cv-04942-JDW |

## ORDER

**AND NOW**, this 16th day of February, 2024, upon consideration of Plaintiff's letter advising that Plaintiff has resolved his claims with Defendant Equifax Information Services, LLC, it is **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** as to Defendant Equifax Information Services, LLC, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.