## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELMER LINT BAGGETT,** <br><br> *Plaintiff,* <br><br> v. <br><br> **TRANSUNION, LLC, et al.,** <br><br> *Defendants.* | **Case No. 2:23-cv-04942-JDW** |

### ORDER

**AND NOW**, this 9th day of April, 2024, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.